AKRON BAR ASSOCIATION *v.* WISE.

(D.D. No. 80-18—Decided May 20, 1981.)

230

*Mr. William D. Gore* and *Mr. Stephen D. Hardesty,* for relator.

*Mr. James G. Ulrich,* for respondent.

*Per Curiam.* After an examination and review of the record in this cause, this court concurs with the findings and the recommendation of the board of commissioners, and it is hereby ordered that respondent be indefinitely suspended from the practice of law.

*Judgment accordingly.*

CELEBREZZE, C. J., W. BROWN, P. BROWN, SWEENEY and LOCHER, JJ., concur.

HOLMES and C. BROWN, JJ., dissent.

CLIFFORD F. BROWN, J., dissenting. In my view a disciplinary penalty is sufficient in this case which imposes upon respondent a suspension from the practice of law for one year.

HOLMES, J., concurs in the foregoing dissenting opinion.